IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL SANDOVAL,

    Plaintiff,                      No. CIV S-08-2541 KJM P

    vs.

HIGH DESERT STATE PRISON
HEALTHCARE DEPARTMENT AND
MEDICAL STAFF,

    Defendant.                    ORDER

_____/

           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an application for leave to proceed in forma pauperis or paid the filing fee. Accordingly, plaintiff will be provided the opportunity to submit an application to proceed in forma pauperis or pay the filing fee. Plaintiff is cautioned that if he files a request for leave to proceed in forma pauperis he must also provide a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint.

           In addition, plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298

1

1  (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of
2  counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir.
3  1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the
4  court does not find the required exceptional circumstances.  Plaintiff's request for the
5  appointment of counsel will therefore be denied.
6         In accordance with the above, IT IS HEREBY ORDERED that:
7         1. The Clerk of the Court is directed to send plaintiff an Application to Proceed
8  In Forma Pauperis By a Prisoner;
9         2. Plaintiff shall submit, within thirty days from the date of this order, a
10 completed application to proceed in forma pauperis or pay the filing fee ($350.00) for this
11 action.  Plaintiff's failure to comply with this order will result in a recommendation that this
12 action be dismissed without prejudice; and
13        3. Plaintiff's request for the appointment of counsel is denied.
14 DATED:  October 30, 2008.

_____
U.S. MAGISTRATE JUDGE

17 1/mp
sand2541.3d + 31