IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL SANDOVAL,

        Plaintiff,                No. CIV S-08-2541 KJM P

    vs.

HIGH DESERT STATE PRISON
HEALTHCARE DEPARTMENT AND
MEDICAL STAFF,                <u>ORDER AND</u>

        Defendant.           <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        The court has been informed that plaintiff is deceased. No defendant has yet been served.

        Therefore, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court shall assign a district judge to this case; and

        2. The Clerk of the Court is directed to serve an informational copy of this order on Monica Anderson, Attorney General's Office of the State of California, P.O. Box 944255, 1300 I Street, Suite 125, Sacramento, California 94244-2550.

        IT IS HEREBY RECOMMENDED that this action be dismissed.

        These findings and recommendations will be submitted to a United States District Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ninety days after being served

1

| | |
|---|---|
| 1 | with these findings and recommendations, any party may file written objections with the court. |
| 2 | Such a document should be captioned "Objections to Magistrate Judge's Findings and |
| 3 | Recommendations." Failure to file objections within the specified time may waive the right to |
| 4 | appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991). |
| 5 | DATED: April 14, 2009. |
| 6 | |
| 7 | _____<br>U.S. MAGISTRATE JUDGE |
| 8 | 1<br>sand2541.dec |